# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JEFFREY KENNEY, ) | |
| ) | Case No. 3:19-cv-465 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| INTERNATIONAL RECOVERY ) | |
| PARTNERS & ASSOCIATES, LLC, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

On July 6, 2020, United States Magistrate Judge Debra C. Poplin filed her report and recommendation (Doc. 21) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Poplin recommended that the Court grant Plaintiff Jeffrey Kenney's motion for default judgment against Defendant International Recovery Partners & Associates, LLC (Doc. 19); adjudge that Defendant violated 15 U.S.C. § 1692(e)(5) of the Fair Debt Collection Practices Act ("FDCPA"); enter a default judgment in the amount of $500 for statutory damages under the FDCPA; award Plaintiff $675 in attorney's fees; and award Plaintiff $400.00 in court costs. (Doc. 21, at 1, 9–10.) Neither party filed objections to the Magistrate Judge's report and recommendation.[1]

---

[1] Magistrate Judge Poplin specifically advised the parties that they had fourteen days to object to the report and recommendation and that failure to do so would waive their right to appeal. (Doc. 21, at 9 n.2); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148–51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither

The Court has reviewed the report and recommendation, as well as the record, and agrees with Magistrate Judge Poplin's well-reasoned conclusions.  Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 21).  The Court **GRANTS** Plaintiff's motion for default judgment against Defendant (Doc. 19); **ADJUDGES** that Defendant violated 15 U.S.C. § 1692(e)(5); **AWARDS** Plaintiff statutory damages of $500.00; **AWARDS** Plaintiff $675.00 in attorney's fees; and **AWARDS** Plaintiff $400.00 in court costs.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

---

party objects to those findings").  Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period to timely file any objections has expired.